IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES R. RODGERS JR.,<br><br>Defendant. | PO-23-5065-GF-JTJ<br><br>VIOLATIONS:<br>E1383739<br>E1383740<br>E1383741<br>E1383742<br>E1383743<br>Location Code: M13<br><br>**ORDER** |

Based upon the United States' unopposed motion to accept the defendant's payment of a $20 fine and a $30 processing fee for violation E1383741 (for a total of $50), and for good cause appearing,

**IT IS HEREBY ORDERED** that the $50 fine paid by the defendant is accepted as a full adjudication of E1383741.

**IT IS ALSO ORDERED** that violations E1383739, E1383740, E1383742 and E1383743 are **DISMISSED.**

**IT IS FURTHER ORDERED** that the bench trial in the above captioned matter, currently scheduled for September 29, 2023, is **VACATED.**

DATED this 26th day of September, 2023.

_____
John Johnston
United States Magistrate Judge